**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

**UNITED STATES OF AMERICA**

-vs-                                                                     Case No.  2:06cr20097-3-B

**SHARON  ALLEN**
_____

## ORDER APPOINTING COUNSEL PURSUANT TO
## THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel.  Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

•   Lee Gerald, a member of the Criminal Justice Act Panel of this District, is appointed as counsel for the defendant.

### TYPE OF APPOINTMENT

•   All purposes including trial and appeal

**DONE** and **ORDERED** in 167 North Main, Memphis,   this 14TH day of June, 2006.

                                          _____s/ James H. Allen_____
                                          JAMES H. ALLEN
                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
SHARON  ALLEN